UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOSDOS CHOFETZ CHAIM INC.,<br><br>Debtor. | Bankruptcy Court Adversary<br>Proceeding 20-6007(SHL)<br><br>Docket No. 22-cv-6191 (KMK)<br>Docket No. 22-cv-6201 (KMK) |
| RABBI MAYER ZAKS,<br><br>Plaintiff,<br><br>- against -<br><br>MOSDOS CHOFETZ CHAIM, INC. and<br>RABBI ARYEH ZAKS,<br><br>Defendants. | |

## ORDER CONSOLIDATING APPEALS

Upon the Letter Motion of Appellants dated August 19, 2022, seeking the consolidation of the above-designated appeals pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, and all parties having consented to the consolidation; and

It appearing that consolidation is appropriate and would promote efficiency and judicial economy,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**

1. The appeals in *Rabbi Mayer Zaks v. Mosdos Chofetz Chaim, Inc. and Rabbi Aryeh Zaks*, under docket numbers 22-cv-6191 and 22-cv-6201, are hereby consolidated for all purposes pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

2. No further filings shall be made in 22-cv-6191, which shall be administratively closed. All pleadings therein maintain their legal relevance.

3. Any further pleadings and other documents filed by the parties relating to these appeals shall be made in 22-cv-6201 (KMK) and any pleadings and other documents received by the Clerk of Court for 22-cv-6191 shall be filed in 22-cv-6201 (KMK).

Dated: White Plains, New York
August 23, 2022

_____
Hon. Kenneth M. Karas, U.S.D.J.